UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAJAH A. SALAAM,

                     Plaintiff,

      - against -

JASPAL SINGH; JOHN DOE 1-10
(fictitious names); JANE ROE 1-10
(fictitious names); and JOHN DOE
CORPORATION 1-10 (fictitious names),

                     Defendants.

**ORDER**

21 Civ. 2222 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties will file a joint letter concerning the status of their settlement discussions by **November 16, 2021**.  If settlement appears unlikely at that time, the Court will enter a case management plan.

Dated:  New York, New York
        November 12, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge