UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAJAH A. SALAAM,

                Plaintiff,

- against -

JASPAL SINGH; JOHN DOE 1-10 (fictitious names); JANE ROE 1-10 (fictitious names); and JOHN DOE CORPORATION 1-10 (fictitious names),

                Defendants.

**ORDER**

21 Civ. 2222 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for today, May 19, 2022 is adjourned to **Thursday, May 26, 2022 at 12:15 p.m.**

Dated: New York, New York
        May 19, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge