UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAJAH A. SALAAM,

     Plaintiff,

  - against -

JASPAL SINGH; JOHN DOE 1-10 (fictitious names); JANE ROE 1-10 (fictitious names); and JOHN DOE CORPORATION 1-10 (fictitious names),

     Defendants.

**ORDER**

21 Civ. 2222 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  As stated on the record today, the parties shall complete fact discovery in this matter by **June 27, 2022**. If either party seeks to make post-discovery dispositive motions, such party shall submit a letter to the Court in accordance with Rule 4(A) of the Court's Individual Practices by **July 5, 2022**. Opposition letter(s) will be due three business days later.

Dated: New York, New York
   May 26, 2022

              SO ORDERED.

              _____
              Paul G. Gardephe
              United States District Judge