UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAJAH A. SALAAM,<br><br>       Plaintiff,<br><br>  -against-<br><br>JASPAL SINGH, et al.,<br><br>       Defendants. | Case No. 1:21-cv-02222 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  As stated on the record at the October 27, 2022 conference, IT IS HEREBY ORDERED that the parties shall work expeditiously to complete discovery, which was previously extended three times, and closed months ago. The parties shall have one final extension and discovery shall end no later than **November 10, 2022**. IT IS FURTHER ORDERED that Defendants may file their motion for summary judgment no later than **December 8, 2022**. IT IS FURTHER ORDERED that Plaintiff shall file her opposition no later than **December 22, 2022**, and Defendants shall file their reply no later than **January 6, 2023**. Should Defendants decide not to move for summary judgment, they shall file a letter indicating so no later than December 8, 2022.

Dated: October 27, 2022
    New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge