UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAJAH A. SALAAM,<br><br>        Plaintiff,<br><br>  -against-<br><br>JASPAL SINGH, et al.,<br><br>        Defendants. | Case No. 1:21-cv-02222 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of Defendants' letter motion under Rule 37 of the Federal Rules of Civil procedure to preclude Plaintiff from introducing testimony or evidence related to prior injuries in opposition to Defendants' anticipated motion for summary judgment.  ECF No. 47. In light of the upcoming deadline for summary judgment, IT IS HEREBY ORDERED that Plaintiff shall respond to Defendants' letter motion no later than **November 21, 2022**.  The letter in response shall not exceed three pages, and shall adequately explain, among other things, whether Plaintiff has reached out to and conferred with counsel from the 2009 incident in order to respond to Defendants' requests, and other efforts undertaken to secure the discovery requested and the authorizations requested.

Dated: November 16, 2022
     New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge