UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAJAH A. SALAAM,<br><br>                              Plaintiff,<br><br>         -against-<br><br>JASPAL SINGH, et al.,<br><br>                              Defendants. | Case No. 1:21-cv-02222 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

   The Court is in receipt of Defendants' letter motion to preclude Plaintiff from introducing testimony or evidence related to her prior injuries in opposition to Defendants' anticipated summary judgment motion, ECF No. 47, and Plaintiff's response, ECF No. 49. IT IS HEREBY ORDERED that the parties shall appear for a conference to discuss these letters on **November 29, 2022** at 10:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: November 17, 2022
       New York, New York

                                                      SO ORDERED.

                                                      _Jennifer Rochon_____
                                                      JENNIFER L. ROCHON
                                                      United States District Judge